# ELECTRONIC RECORD

COA # 04-13-00836-CR          OFFENSE: AGGRAVATED SEXUAL ASSAULT - CHILD

STYLE: LUIS GUDINO V. THE STATE OF TEXAS          COUNTY: BEXAR

COA DISPOSITION: AFFIRMED          TRIAL COURT: 379TH DISTRICT COURT

DATE: 2/11/15          Publish: NO          TC CASE #: 2010CR8499

# IN THE COURT OF CRIMINAL APPEALS

## ELECTRONIC RECORD

STYLE: LUIS GUDINO V. THE STATE OF TEXAS          CCA #: **275-15**

_APPELLANT'S_ Petition FOR DISCRETIONARY REVIEW IN CCA IS:

_REFUSED_

DATE: _04/22/2015_

JUDGE: _Per Curiam_

YEARY, J., NOT PARTICIPATING

CCA Disposition: _____

DATE: _____

JUDGE: _____

SIGNED: _____ PC: _____

PUBLISH: _____ DNP: _____

------------------------

_____ MOTION FOR REHEARING IN CCA IS: _____

JUDGE: _____